THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA DENDULK,

   Plaintiff,                          CASE NO.  6:10-cv-1821

v.

CENTRAL CREDIT SERVICES,

   Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

BRENDA DENDULK (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, CENTRAL CREDIT SERVICES (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:  /s/ James D. Pacitti_____
James D. Pacitti
FBN: 119768
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
(323) 988-2400 x230
(866) 385-1408 (fax)
Email: jpacitti@consumerlawcenter.com

VOLUNTARY DISMISSAL

1